Ex Parte
Petronilo Alcala Martinez

Cause # WR-83,440-01
Cause # B18043-0905    83,440-01

In the 242nd
District Court of
Hale County, Texas

November 15, 2015

Ms. Kelley Reyes
Chief Deputy
Writ of Habeas Corpus
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

RE: Cause # WR-83,440-01; Ex Parte Petronilo Alcala Martinez, Applicant, on Application for writ of Habeas Corpus Cause # B18043-0905 In the 242nd District court from Hale County, Texas

Dear Ms. Reyes:

I Applicant Am in reciept of a letter dated: October 27, 2015, from District Judge Robert W. Kinkaid, Jr. Requesting a seven (7) day extension to resolve fact issues In the above styled cause. The letter Ask that the deadline to resolve fact issue be extended until November 3, 2015. And That Time to file the Findings of fact and conclusions of Law remain the same.

As of November 15, 2015 Applicant has yet to receive any order extending the seven (7) day request or agreeing to do so. Applicant has yet to receive any facts finding and conclusion of Law from Trial court, or anything from Trial counsel. Applicant is asking this court for status of this above styled cause. Thank You.

Sincerely,
Petronilo Alcala Martinez
1787690
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102